**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PETER CAHILL,<br><br>*Plaintiff,*<br><br>v.<br><br>ANIMAL CARE & CONTROL TEAM OF PHILADELPHIA, et al.,<br><br>*Defendants.* | CIVIL ACTION<br><br>NO. 26-3727 |

# ORDER

**AND NOW**, this 28th day of July, 2026, upon consideration of the Amended Complaint, (Dkt. No. 1-4), Animal Care & Control Team of Philadelphia's Motion to Dismiss, (Dkt. No. 6), the City of Philadelphia's Motion to Dismiss, (Dkt. No. 7), Plaintiff's Responses in Opposition, (Dkt. Nos. 8 & 9), and Animal Care & Control Team of Philadelphia's Reply, (Dkt. No. 10), it is hereby **ORDERED** that the Motions are **GRANTED** as follows:

1. Count I is **DISMISSED with prejudice** as to the City of Philadelphia, Sean McAllister, and the unnamed police officers.
2. Count II is **DISMISSED with prejudice**.
3. Count III is **DISMISSED without prejudice** as to the unnamed officer who instructed Cahill to walk on the other side of the street and **DISMISSED with prejudice** as to the remaining defendants.
4. Plaintiff may file a second amended complaint consistent with the accompanying Memorandum on or before **August 10, 2026**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.